In the Matter of the Election of the Trustees of SHILOH
BAPTIST CHURCH.
LEWIS W. JONES et al., Appellants; HENRY SCOTT et al.,
Respondents.

*Matter. of Election of Trustees, Shiloh Baptist Church,* 174 App.
Div. 895, affirmed.
(Argued November 21,·1916; decided December 5, 1916.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
June 29, 1916, which affirmed an order of Special Term
setting aside an election of trustees of Shiloh Baptist
Church and ordering a new election in a proceeding under
section 32 of the General Corporations Law.

*Charles A. Smythwick* for appellants.

*Martin J. Tierney* and *William J. McDonnell* for ·
respondents.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN,
CUDDEBACK, CARDOZO and POUND, JJ. Absent: HOGAN, J.